ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
FRANCESCO P. BENAVIDES, CSBN 258924
Special Assistant United States Attorney
 Social Security Administration
 160 Spear St., Suite 800
 San Francisco, CA  94105
 Telephone:  (415) 977-8978
 Facsimile:  (415) 744-0134
 Email:  Francesco.Benavides@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

CALVIN ROBERT STRINZ,

  Plaintiff,

   v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

  Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. EDCV 5:12-cv-00731 JCG

**JUDGMENT OF REMAND**

  The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of

1   Social Security for further proceedings consistent with the Stipulation to Remand.

2

3

4

5   DATED:  December 12, 2012_

6   _____
     HON. JAY C. GANDHI
     UNITED STATES MAGISTRATE JUDGE